# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASTIAT USA, INC. dba BRANDY MELVILLE,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORP., ROADGET BUSINESS PTE., LTD., SHEIN TECHNOLOGY LLC, SHEIN US SERVICES, LLC, AND DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-5701-ODW (JPRx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Having considered the parties' Joint Stipulation, (ECF No. 14), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

Defendants Shein Distribution Corporation, Roadget Business Pte. Ltd., Shein Technology LLC, and Shein US Services' deadline for responding to the Complaint shall be extended up to and including **September 10, 2025**.

**IT IS SO ORDERED.**

Dated: July 16, 2025

                                          Honorable Otis D. Wright, II
                                          United States District Judge